# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2011

142620

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                      SC: 142620
                                       COA: 290723
                                       Kent CC: 07-005090-FH

JONATHAN EDWARD HARTGER,
     Defendant-Appellant.
_____/

      On order of the Court, the application for leave to appeal the December 21, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2011 _____

_____
Clerk

h0829